**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES *ex rel.* JOHN A. WOOD, et al.<br><br>                Plaintiffs,<br><br>   v.<br><br>ALLERGAN, INC.,<br><br>               Defendant. | **No. 1:18-cv-09857 (JMF)**<br><br>**ORAL ARGUMENT REQUESTED** |

**ALLERGAN, INC.'S**
**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Allergan's Motion to Dismiss, Defendant Allergan, by and through its attorneys, will move this court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, Thurgood Marshall US Courthouse, 40 Foley Square, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Allergan in the Complaint, Dkt. 6, in the above-captioned action, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the February 1, 2019 order of this Court, opposing papers, if any, are due on March 11, 2019. Reply papers, if any, are due on March 25, 2019.

Respectfully Submitted,

/s/ *John Emmett Murphy*

| | |
|---|---|
| Jeffrey S. Bucholtz, *Pro Hac Vice* | John Emmett Murphy |
| Gabriel Krimm, *Pro Hac Vice*\* | KING & SPALDING LLP |
| KING & SPALDING LLP | 1185 Avenue of the Americas |
| 1700 Pennsylvania Ave., NW | New York, NY 10036 |
| Washington, DC 20006 | Tel: (212) 556-2100 |
| Tel: 202-626-2907 | Fax: (212) 556-2222 |
| Fax: 202-626-3737 | jemurphy@kslaw.com |
| jbucholtz@kslaw.com | |
| gkrimm@kslaw.com | |

\*Admitted only in Tennessee. Practice in the District of Columbia supervised by principals of the Firm.

*Counsel for Defendant Allergan, Inc.*

February 8, 2019