**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES *ex rel.* JOHN A. WOOD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>Defendant. | No. 1:18-cv-09857 (JMF) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ALLERGAN, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Allergan, Inc. makes the following Corporate Disclosure Statement:

Allergan, Inc. is a nongovernmental corporate party in the above-titled action. Allergan plc is the corporate parent of Allergan Inc.; Allergan plc has more than 10% ownership interest in Allergan, Inc.

Respectfully Submitted,

/s/ *John Emmett Murphy*

| | |
|---|---|
| Jeffrey S. Bucholtz, *Pro Hac Vice*<br>Gabriel Krimm, *Pro Hac Vice\**<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel: 202-626-2907<br>Fax: 202-626-3737<br>jbucholtz@kslaw.com<br>gkrimm@kslaw.com | John Emmett Murphy<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br>jemurphy@kslaw.com |

\*Admitted only in Tennessee.  Practice
in the District of Columbia supervised
by principals of the Firm.

*Counsel for Defendant Allergan, Inc.*

February 8, 2019